UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BRANDON R DOMINO #560763** | **CIVIL ACTION NO. 5:24-cv-00964 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN JAKE BAIRD, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 7] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Brandon R. Domino's Complaint [Doc. No. 4] is **DISMISSED WITH PREJUDICE** as frivolous.

**MONROE, LOUISIANA**, this the 15th day of October 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE